| US8680992 | Atlassian Confluence Cloud mobile app ("The accused instrumentality") |
|---|---|
| 1. A method for providing feedback from a device, the method comprising: | The accused instrumentality practices a method for providing feedback from a device (e.g., a smartphone enabled with the accused instrumentality).<br><br><br><br>https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US |

• Find recent work in a flash so you can move work forward
• Open starred pages to catch up on need-to-know information

**ADD A PHOTO OR VIDEO IN A SNAP**
• Take a picture or video and add them to a page from your device

**MOVE WORK FORWARD, TOGETHER**
• See what's happening across all of your Atlassian tools quickly and seamlessly
• Select a Jira link to be taken right to the Jira app
• Share pages in Slack right from the Confluence app

**Feedback**? Shake your device with the app open to message the product team. We want to hear from you!

Please note, there are two different apps: **Confluence Cloud** and **Confluence Server**. This version is for cloud instances. If you can't log in, confirm with your Confluence admin that you're working on a cloud instance. If your instance is self-hosted (server), choose the Confluence Server app.

https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US



- **Visit any space, and browse using the page tree**
  The **Spaces** tab lets you visit your My Spaces, and any other space on your site. Pick a space and browse using the familiar Confluence page tree.



Have ideas on how to make the app even more useful? We want your feedback! Shake your phone or head to **Settings** > **Feedback**) to drop us a note.

https://confluence.atlassian.com/conf713/using-the-confluence-data-center-and-server-mobile-app-1077913549.html

Community / Products / Confluence / Confluence Cloud / Discussions / We're listening: Shake to Feedback on mobile!

# We're listening: Shake to Feedback on mobile!

 **Wei Heng** ATLASSIAN TEAM
Oct 28, 2019

Hey everyone,

Your feedback is a gift – thus, we wanted to make it easier for you to tell us about your Confluence Cloud mobile app experience!

To that end, we're introducing Shake to Feedback so the next time you want to report a bug or suggest an improvement all you have to do is **shake your phone!** After shaking your phone, the app will automatically take a screenshot that you can message to the team.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF

<table>
<tr><td></td><td>

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**Indicating a level**

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

</td></tr>
<tr><td>

detecting a user frustration event;

</td><td>

The accused instrumentality practices a method of detecting a user frustration event (e.g., detecting shaking of a smartphone enabled with the accused instrumentality).

As shown below, when an issue, which incites user frustration, occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature, shake the device, in order to provide the feedback. The shaking action gets detected by the accused instrumentality through the user device and it generates a pop-up option to select for sending the feedback. When the user selects a feedback message to be sent at the pop-up option, the accused instrumentality generates a feedback message package which includes information regarding the issue such as screenshots of the app to show where issue occurred, text, other addition information, etc. The user can send this message to the server of the accused instrumentality.

</td></tr>
</table>

• Find recent work in a flash so you can move work forward
• Open starred pages to catch up on need-to-know information

**ADD A PHOTO OR VIDEO IN A SNAP**
• Take a picture or video and add them to a page from your device

**MOVE WORK FORWARD, TOGETHER**
• See what's happening across all of your Atlassian tools quickly and seamlessly
• Select a Jira link to be taken right to the Jira app
• Share pages in Slack right from the Confluence app

**Feedback**? Shake your device with the app open to message the product team. We want to hear from you!

Please note, there are two different apps: **Confluence Cloud** and **Confluence Server**. This version is for cloud instances. If you can't log in, confirm with your Confluence admin that you're working on a cloud instance. If your instance is self-hosted (server), choose the Confluence Server app.

https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US

- **Visit any space, and browse using the page tree**

  The **Spaces** tab lets you visit your My Spaces, and any other space on your site. Pick a space and browse using the familiar Confluence page tree.



Have ideas on how to make the app even more useful? We want your feedback! Shake your phone or head to **Settings** > **Feedback**) to drop us a note.

https://confluence.atlassian.com/conf713/using-the-confluence-data-center-and-server-mobile-app-1077913549.html

Community / Products / Confluence / Confluence Cloud / Discussions / We're listening: Shake to Feedback on mobile!

# We're listening: Shake to Feedback on mobile!



**Wei Heng**   ATLASSIAN TEAM
Oct 28, 2019

Hey everyone,

Your feedback is a gift – thus, we wanted to make it easier for you to tell us about your Confluence Cloud mobile app experience!

To that end, we're introducing Shake to Feedback so the next time you want to report a bug or suggest an improvement all you have to do is **shake your phone!** After shaking your phone, the app will automatically take a screenshot that you can message to the team.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**Indicating a level**

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

| associating the user frustration event with a device event that includes an active operation of the device at a time when the user frustration | The accused instrumentality practices a method of associating the user frustration event (e.g., shaking a smartphone enabled with the accused instrumentality) with a device event (e.g., selecting feedback on a pop-up message) that includes an active operation of the device (e.g., active operation of the accused instrumentality) at a time when the user frustration event (e.g., shaking a smartphone enabled with the accused instrumentality) occurred.<br><br>As shown below, when an issue, which incites user frustration, occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature, shake the device, in order to provide the feedback. The shaking action gets detected by the accused instrumentality through the user device and it generates a pop-up option to select for sending the feedback. When the user selects a feedback message to be sent at the pop-up option, the accused instrumentality generates a feedback message package which includes information regarding the issue such as screenshots of the app to show where issue occurred, text, other addition information, etc. The user can send this message to the server of the accused instrumentality. |

| | |
|---|---|
| event occurred; | · Find recent work in a flash so you can move work forward<br>· Open starred pages to catch up on need-to-know information<br><br>**ADD A PHOTO OR VIDEO IN A SNAP**<br>· Take a picture or video and add them to a page from your device<br><br>**MOVE WORK FORWARD, TOGETHER**<br>· See what's happening across all of your Atlassian tools quickly and seamlessly<br>· Select a Jira link to be taken right to the Jira app<br>· Share pages in Slack right from the Confluence app<br><br>**Feedback**? Shake your device with the app open to message the product team. We want to hear from you!<br><br>Please note, there are two different apps: **Confluence Cloud** and **Confluence Server**. This version is for cloud instances. If you can't log in, confirm with your Confluence admin that you're working on a cloud instance. If your instance is self-hosted (server), choose the Confluence Server app.<br><br>https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US |

- **Visit any space, and browse using the page tree**

  The **Spaces** tab lets you visit your My Spaces, and any other space on your site. Pick a space and browse using the familiar Confluence page tree.




Have ideas on how to make the app even more useful? We want your feedback! Shake your phone or head to **Settings** > **Feedback**) to drop us a note.

https://confluence.atlassian.com/conf713/using-the-confluence-data-center-and-server-mobile-app-1077913549.html

Community / Products / Confluence / Confluence Cloud / Discussions / We're listening: Shake to Feedback on mobile!

# We're listening: Shake to Feedback on mobile!

 **Wei Heng**  ATLASSIAN TEAM
Oct 28, 2019

Hey everyone,

Your feedback is a gift – thus, we wanted to make it easier for you to tell us about your Confluence Cloud mobile app experience!

To that end, we're introducing Shake to Feedback so the next time you want to report a bug or suggest an improvement all you have to do is **shake your phone!** After shaking your phone, the app will automatically take a screenshot that you can message to the team.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**Indicating a level**

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

| | |
|---|---|
| forming an event package based at least in part on the user frustration event and the device event that includes information indicating a level, a type | The accused instrumentality practices a method of forming an event package (e.g., a feedback message) based at least in part on the user frustration event (e.g., shaking a smartphone enabled with the accused instrumentality) and the device event (e.g., selecting feedback on a pop-up message) that includes information indicating a level, a type of user frustration, and information related to routing (e.g., IP address of the server of the accused instrumentality) the event package (e.g., a feedback message) through a network (e.g., Internet).<br><br>As shown below, when an issue, which incites user frustration, occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature, shake the device, in order to provide the feedback. The shaking action gets detected by the accused instrumentality through the user device and it generates a pop-up option to select for sending the feedback. When the user selects a feedback message to be sent at the pop-up option, the accused instrumentality generates a feedback message package which includes information regarding the issue such as screenshots of the app to show where issue occurred, text, other addition information, etc. The user can send this message to the server of the accused instrumentality. |

| | |
|---|---|
| of user frustration, and information related to routing the event package through a network; and | • Find recent work in a flash so you can move work forward<br>• Open starred pages to catch up on need-to-know information<br><br>**ADD A PHOTO OR VIDEO IN A SNAP**<br>• Take a picture or video and add them to a page from your device<br><br>**MOVE WORK FORWARD, TOGETHER**<br>• See what's happening across all of your Atlassian tools quickly and seamlessly<br>• Select a Jira link to be taken right to the Jira app<br>• Share pages in Slack right from the Confluence app<br><br>**Feedback**? Shake your device with the app open to message the product team. We want to hear from you!<br><br>Please note, there are two different apps: **Confluence Cloud** and **Confluence Server**. This version is for cloud instances. If you can't log in, confirm with your Confluence admin that you're working on a cloud instance. If your instance is self-hosted (server), choose the Confluence Server app.<br><br>https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US |

- **Visit any space, and browse using the page tree**

  The **Spaces** tab lets you visit your My Spaces, and any other space on your site. Pick a space and browse using the familiar Confluence page tree.



Have ideas on how to make the app even more useful? We want your feedback! Shake your phone or head to **Settings** > **Feedback**) to drop us a note.

https://confluence.atlassian.com/conf713/using-the-confluence-data-center-and-server-mobile-app-1077913549.html

Community / Products / Confluence / Confluence Cloud / Discussions / We're listening: Shake to Feedback on mobile!

# We're listening: Shake to Feedback on mobile!



**Wei Heng**  ATLASSIAN TEAM
Oct 28, 2019

Hey everyone,

Your feedback is a gift – thus, we wanted to make it easier for you to tell us about your Confluence Cloud mobile app experience!

To that end, we're introducing Shake to Feedback so the next time you want to report a bug or suggest an improvement all you have to do is **shake your phone!** After shaking your phone, the app will automatically take a screenshot that you can message to the team.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF

| | |
|---|---|
| | **This is an opt-in experience**<br><br>If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.<br><br>**Help us help you**<br><br>The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.<br><br>**Indicating a level**<br><br>**We are still listening**<br><br>Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!<br><br>Thank you again for all of the great feedback — please, keep it coming! We're listening.<br><br>https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864 |
| transmitting the event package. | The accused instrumentality practices transmitting the event package (e.g., sending of feedback message).<br><br>As shown below, when an issue, which incites user frustration, occurred at the interface of the accused instrumentality while using it, the user can provide feedback about the issue. The accused instrumentality provides a feature, shake the device, in order to provide the feedback. The shaking action gets detected by the accused instrumentality through the user device and it generates a pop-up option to select for sending the feedback. When the user selects a feedback message to be sent at the pop-up option, the accused instrumentality generates a feedback message package which includes information regarding the issue such as screenshots of the app to show where issue occurred, text, other addition information, etc. The user can send this message to the server of the accused instrumentality. |

• Find recent work in a flash so you can move work forward
• Open starred pages to catch up on need-to-know information

**ADD A PHOTO OR VIDEO IN A SNAP**
• Take a picture or video and add them to a page from your device

**MOVE WORK FORWARD, TOGETHER**
• See what's happening across all of your Atlassian tools quickly and seamlessly
• Select a Jira link to be taken right to the Jira app
• Share pages in Slack right from the Confluence app

**Feedback**? Shake your device with the app open to message the product team. We want to hear from you!

Please note, there are two different apps: **Confluence Cloud** and **Confluence Server**. This version is for cloud instances. If you can't log in, confirm with your Confluence admin that you're working on a cloud instance. If your instance is self-hosted (server), choose the Confluence Server app.

https://play.google.com/store/apps/details?id=com.atlassian.android.confluence.core&hl=en_US&gl=US

- **Visit any space, and browse using the page tree**

  The **Spaces** tab lets you visit your My Spaces, and any other space on your site. Pick a space and browse using the familiar Confluence page tree.





Have ideas on how to make the app even more useful? We want your feedback! Shake your phone or head to **Settings** > **Feedback**) to drop us a note.

https://confluence.atlassian.com/conf713/using-the-confluence-data-center-and-server-mobile-app-1077913549.html

Community / Products / Confluence / Confluence Cloud / Discussions / We're listening: Shake to Feedback on mobile!

# We're listening: Shake to Feedback on mobile!



**Wei Heng**  ATLASSIAN TEAM
Oct 28, 2019

Hey everyone,

Your feedback is a gift – thus, we wanted to make it easier for you to tell us about your Confluence Cloud mobile app experience!

To that end, we're introducing Shake to Feedback so the next time you want to report a bug or suggest an improvement all you have to do is **shake your phone!** After shaking your phone, the app will automatically take a screenshot that you can message to the team.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF



https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864?lightbox-message-images-1213864=70887iFEDC851C8AD9F6EF

**This is an opt-in experience**

If you'd like to begin providing feedback on your Confluence mobile experience, please visit Settings > Enable Shake to Feedback. Once enabled, you can shake to provide feedback from anywhere in the app. You can turn this off at any time.

**Help us help you**

The in-context screenshots that get automatically generated will save you time since you no longer have to manually attach photos. The screenshot then gets sent to the team, and it helps us see where you were in the app.

**Indicating a level**

**We are still listening**

Shake to Feedback isn't replacing any other feedback channels that we monitor, we're just adding an extra way for us to hear from you!

Thank you again for all of the great feedback — please, keep it coming! We're listening.

https://community.atlassian.com/t5/Confluence-Cloud-discussions/We-re-listening-Shake-to-Feedback-on-mobile/td-p/1213864